UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE NISHIMOTO, individually and as Successor in Interest to Jason Nishimoto,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; Does 1-100,<br><br>Defendants. | Case No.: 3:16-cv-01974-BEN-JMA<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFFS' MOTION TO FILE A THIRD AMENDED COMPLAINT; and**<br><br>**(2) DENYING AS MOOT DEFENDANT ANNE BRANTMAN'S MOTION TO DISMISS** |

On June 14, 2018, Plaintiffs' filed the instant motion to amend, which requests permission to file a Third Amended Complaint ("TAC"). (Docket No. 49.) The proposed TAC substitutes four Doe defendants, whose identities Plaintiffs indicate they have only recently learned. (Mot. at pp. 2-3.)

Also pending before the Court is the motion to dismiss the operative Second Amended Complaint filed by Defendant Anne Brantman. (Docket No. 42.) On June 15, 2018, the Court contacted counsel for Defendant Brantman by telephone to inquire whether Defendant Brantman intended to file an opposition to Plaintiffs' motion to amend. Attorney Michelle L. Buxton represented Defendant Brantman would not be filing an opposition to Plaintiffs' motion to amend.

1 | The Court finds the interests of justice requires granting Plaintiffs' motion.
2 | Accordingly, Plaintiffs' motion to amend is **GRANTED**. Because the TAC, once filed,
3 | will supersede the Second Amended Complaint, Defendant Brantman's motion to dismiss
4 | is **DENIED as moot**.

Plaintiffs shall file their Third Amended Complaint within **three (3) days** of the date of this Order. It is expected that Plaintiffs will serve the newly named defendants expeditiously.

**IT IS SO ORDERED.**

Dated: June 15, 2018

_____
Hon. Roger T. Benitez
United States District Judge