LOTZ, DOGGETT & RAWERS, LLP
JEFFREY S. DOGGETT, State Bar No. 147235
LAUREN E. HARDISTY, State Bar No. 258531
101 West Broadway, Suite 1110
San Diego, California 92101
Telephone (619) 233-5565
Facsimile (619) 233-5564

Attorneys for Defendant, CORRECTIONAL
PHYSICIANS MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE NISHIMOTO, individually and as Successor in Interest to JASON NISHIMOTO<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and DOES 1-100, inclusive<br><br>　　　　Defendants. | CASE NO.: 16-cv-1974-BEN-JMA<br><br>**DECLARATION OF LAUREN E. HARDISTY RE: FEES AND COSTS FOR VIOLATION OF PROTECTIVE ORDER**<br><br>Judge:　　Hon. Roger T. Benitez<br>Room:　　5A |

1.　　I am an attorney at law, duly licensed to practice before all the courts of the State of California and the Southern District of California. I am a partner at Lotz, Doggett, and Rawers, LLP, counsel of records for CORRECTIONAL PHYSICIAN'S MEDICAL GROUP, INC. The facts set forth in this Declaration are made of my own personal knowledge, and, if called upon to testify, I could and would competently testify thereto.

2.　　Attached to this Declaration please find a true and correct copy of the billing by Lotz, Doggett and Rawers, LLP for the Motion for Sanctions for Violation of the Protective Order. Our office spent 10.4 hours

LOTZ, DOGGETT & RAWERS LLP
101 WEST BROADWAY, SUITE 1110
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 233-5565

LOTZ, DOGGETT & RAWERS LLP
101 WEST BROADWAY, SUITE 1110
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 233-5565

preparing the motion. The hourly rate on this matter is $200/hr. The total cost and fees associated with the filing of this motion are $2080.

I declare under penalty of perjury under the laws of the state of California and the laws of the United States that the foregoing is true and correct. Executed this twentieth day of March 2019 at San Diego, California.


By:___/s/ *Lauren Hardisty*_____
**Lauren E. Hardisty**

Invoice No.: 25616

Law Offices of

# LOTZ, DOGGETT & RAWERS, LLP

101 West Broadway, Suite 1110
San Diego, CA 92101
**TELEPHONE (619) 233-5565**
**FAX NO.    (619) 233-5564**

For services through:
January 31, 2019

COOPERATIVE OF AMERICAN
PHYSICIANS
4250 EXECUTIVE SQUARE
SUITE 430
LA JOLLA, CA 92037
ATTN: TRACEY VANSTEENHOUSE

Please reference our file number upon
payment:    CAP.059

---

## ROCHELLE NISHIMOTO v. COUNTY OF SAN DIEGO
## (WE REP:  CORRECTIONAL PHYSICIANS MEDICAL GROUP)

Client:         COOP OF AMERICAN  PHYSICIANS
Claim No.:      2017110188
Claimant:       ROCHELLE NISHIMOTO
Date of Loss:

Professional services

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|



Our File No.:    CAP.059
**ROCHELLE NISHIMOTO v. COUNTY OF SAN DIEGO (WE REP:  CORRECTIONAL PHYSICIANS**



| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|

Our File No.:   CAP.059

**ROCHELLE NISHIMOTO v. COUNTY OF SAN DIEGO (WE REP:  CORRECTIONAL PHYSICIANS**



| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| | JSD | REVIEW OF MOTION RE VIOLATION OF PROTECTIVE ORDER AND SANCTIONS; REVIEW OF CORRESPONDENCE FROM PLAINTIFF'S ATTORNEY (X4) RE SAME; TELEPHONE CONFERENCE WITH PLAINTIFF'S ATTORNEY RE MEET AND CONFER; REVIEW OF EMAILS RE DAMAGES FROM DISCLOSURE | 0.60 200.00/hr | 120.00 |
| 1/30/2019 | JSD | REVIEW OF MOTION RE SANCTIONS FOR VIOLATION OF PROTECTIVE ORDER; REVIEW OF CORRESPONDENCE FROM PLAINTIFF'S ATTORNEY RE SAME; TELEPHONE CONFERENCE WITH | 1.70 200.00/hr | 340.00 |

**ROCHELLE NISHIMOTO v. COUNTY OF SAN DIEGO (WE REP:  CORRECTIONAL PHYSICIANS**

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| | | PLAINTIFF'S ATTORNEY RE MEET AND CONFER AND PLACING RECORDS UNDER SEAL; TELEPHONE CONFERENCE WITH CO-DEFENDANT'S COUNSEL RE SAME AND REVIEW OF EMAILS AND DOCUMENTS CONTRADICTING PLAINTIFF'S POSITION; REVIEW OF CORRESPONDENCE FROM COURT RE MANDATORY SETTLEMENT CONFERENCE | | |
| 1/30/2019 | LEH | PREPARE MOTION FOR SANCTIONS FOR VIOLATION OF PROTECTIVE ORDER. | 3.70 200.00/hr | 740.00 |

For professional services rendered

Law Offices of

# LOTZ, DOGGETT & RAWERS, LLP

101 West Broadway, Suite 1110
San Diego, CA 92101
**TELEPHONE (619) 233-5565**
**FAX NO.     (619) 233-5564**

For services through:
February 28, 2019

COOPERATIVE OF AMERICAN
PHYSICIANS
4250 EXECUTIVE SQUARE
SUITE 430
LA JOLLA, CA 92037
ATTN: TRACEY VANSTEENHOUSE

Please reference our file number upon
payment:   CAP.059

---

## ROCHELLE NISHIMOTO v. COUNTY OF SAN DIEGO
## (WE REP:  CORRECTIONAL PHYSICIANS MEDICAL GROUP)

Client:        COOP OF AMERICAN  PHYSICIANS
Claim No.:     2017110188
Claimant:      ROCHELLE NISHIMOTO
Date of Loss:

Professional services

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| 2/1/2019 | ■ | ■ | ■ | ■ |
| | LEH | DRAFT NOTICE OF MOTION FOR SANCTIONS. | 0.80 200.00/hr | 160.00 |
| | LEH | DRAFT DECLARATION OF LAUREN HARDISTY IN SUPPORT OF MOTION FOR SANCTIONS. | 1.80 200.00/hr | 360.00 |
| ■ | ■ | ■ | ■ | ■ |

**ROCHELLE NISHIMOTO v. COUNTY OF SAN DIEGO (WE REP:  CORRECTIONAL PHYSICIANS**

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| 2/1/2019 | LEH | PREPARE PROPOSED ORDER GRANTING MOTION FOR SANCTIONS. | 0.40 200.00/hr | 80.00 |



**ROCHELLE NISHIMOTO v. COUNTY OF SAN DIEGO (WE REP:  CORRECTIONAL PHYSICIANS**

| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|



Our File No.:    CAP.059
**ROCHELLE NISHIMOTO v. COUNTY OF SAN DIEGO (WE REP:  CORRECTIONAL PHYSICIANS**



| Date | Init. | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|

| Start Date (SLIP TYPE) | Timekeeper | Time Spent/Qty | Rate/Price |
|---|---|---|---|
| Billing Status | Activity | DNB Time | Slip Value |
| Complete Status | Client | Bill Time | Bill Value |
| | Reference | | |
| ████ | | | |
| ████ ████ | ████ | █ | █ |
| ████████████████████ | | | |
| ████████ | ████ | █ | █ |
| ██ | | | |
| ████ ████ | ████ | █ | █ |
| ████████████████████ | | | |
| ████ ████ | ████ | █ | █ |
| ████████████████████████ | | | |
| ████ ████ | ████ | █ | █ |
| ████████████████████████ | | | |
| ████ ████ | ████ | █ | █ |
| DRAFT REPLY IN SUPPORT OF MOTION FOR SANCTIONS . | | | |
| 3/2/2019 (TIME) | LEH | 1.40 | 200.00 |
| Billable | 0 | 0:00:00 | 280.00 |
| Not Complete | NISHIMOTO | 1:24:00 | 280.00 |
| ██████████████████████████████████ | | | |
| ████████ | ████ | █ | █ |
| **3/4/2019** | | | |