Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE NISHIMOTO, individually and as Successor in Interest to JASON NISHIMOTO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and DOES 1-100, inclusive,<br><br>Defendants. | **Case No. 16-cv-1974 BEN LL**<br><br>**DECLARATION OF DANIELLE R. PENA IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO RE-TAX COSTS**<br><br>Date:   June 3, 2019<br>Time:   10:30 a.m.<br>Room:   5A<br>Judge:  Hon. Robert T. Benitez |

1       I, Danielle R. Pena, am an attorney licensed to practice law before both the federal and state courts of the State of California. I am an associate with Morris Law Firm, APC, and attorney of record for Plaintiff in this matter. If called to testify I could and would testify as follows:

      1.    The facts set forth are within my personal knowledge and belief. This declaration is submitted in support of Plaintiff's Reply to Motion to Re-Tax Costs.

      2.    Plaintiff as well as other persons, whose identities cannot be mentioned pursuant to rules governing confidentially, who thought Defendant Brantman's story that she verbally requested suicide precautions was questionable. Plaintiff was also a nurse and knew if there was a concern, recommendations for suicide precautions would be documented.

      3.    MOB and detox cells are not suicide proof.

I declare under the laws of the United States of America that the foregoing is true and correct under the penalty of perjury.

      Respectfully submitted,

      **MORRIS LAW FIRM, APC**

Dated: May 23, 2019      _s/ Danielle R. Pena_____
      Christopher S. Morris, Esq.
      cmorris@morrislawfirmapc.com
      Danielle R. Pena, Esq.
      dpena@morrislawfirmapc.com
      Attorneys for Plaintiff