UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROCHELLE NISHIMOTO, Plaintiff, v. COUNTY OF SAN DIEGO, et al., Defendants. | Case No.: 3:16-cv-1974-BEN-LL<br><br>**ORDER ON PLAINTIFF'S MOTION TO RETAX COSTS**<br>[Doc. 170] |
|---|---|

Plaintiff Nishimoto moves this Court to re-tax and reduce to zero the clerk's order taxing costs of $21,065.09 for Defendant CPMG and $21,756.26 for Defendant Brantman. Doc. 170. In the alternative, Plaintiff moves the Court to stay the execution of those costs until Plaintiff's appeal is decided. Because this matter is currently on appeal before the Ninth Circuit, the Court finds a stay in the execution of costs is warranted. Accordingly, Plaintiff's motion is GRANTED as to her alternative request for a stay and DENIED without prejudice to her re-filing her motion to re-tax costs after the appeal has concluded.

**IT IS SO ORDERED.**

Date: January 30, 2020

HON. ROGER T. BENITEZ
United States District Judge

3:16-cv-1974-BEN-LL