Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel:  (619) 826-8060
Fax:  (619) 826-8065

Attorneys for Plaintiff Rochelle Nishimoto

Jeffrey S. Doggett, SBN 147235
jdoggett@ldrlaw.com
LOTZ, DOGGETT & RAWERS, LLP
101 West Broadway, Suite 1110
San Diego, CA 92101
Tel:  (619) 233-5565
Fax:  (619) 233-5564

Attorneys for Defendant Correctional Physicians Medical Group, Inc.

Mark V. Franzen, SBN 079470
mvfranzen@cktfmlaw.com
Jennifer L. Sturges, SBN 155703
jlsturges@cktfmlaw.com
CARROLL, KELLY, TROTTER & FRANZEN
111 West Ocean Boulevard, 14th Floor
Post Office Box 22636
Long Beach, CA 90801-5636
Tel:  (562) 432-5855
Fax:  (562) 432-8785

Attorneys for Defendant Anne Brantman, NP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE NISHIMOTO, individually and as Successor in Interest to JASON NISHIMOTO,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN DIEGO; and DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 16-cv-1974 BEN LL<br><br>**JOINT MOTION FOR AN ORDER CONTINUING THE APPEAL MANDATE HEARING** |

1. The parties, through their respective attorneys of record, jointly move the Court for an order continuing the Appeal Mandate Hearing currently scheduled for May 19, 2021. The parties hereby make this application on the following grounds:

   1. On April 22, 2021, the Court set the Appeal Mandate Hearing in this matter for May 5, 2021. [Dkt. 182.]

   2. On April 23, 2021, due to the unavailability of Plaintiff's counsel, the parties filed a joint motion to continue the hearing. [Dkt. 183.]

   3. On May 3, 2021, the Court continued the hearing to May 19, 2021. [Dkt. 185.]

   4. Lead Counsel for Plaintiff, Christopher S. Morris and Lead Counsel for Defendant, Correctional Physicians Medical Group, Jeffrey Doggett are unavailable on May 19, 2021, due to status conference in another matter (*Moriarty v. County of San Diego*, et al, Case No. 3:17-cv-01154-TWR-AGS).

   5. The parties hereby jointly request that the Court continue the date of the Appeal Mandate Hearing. Counsel requests that the Appeal Mandate Hearing be continued to the next available date that is convenient to the Court.

      a. Counsel for Plaintiff is not available May 19, 2021, May 24, 2021, June 4, 2021, June 7, 2021, June 8, 2021, June 11, 2021, or June 15-30, 2021.

      b. Counsel for Defendant Correctional Physicians Medical Group, Inc. is not available May 11-14, 2021, May 17-19, 20201, May 21, May 24, 2021, May 31, 2021, June 10-11, 2021, June 23-29, 2021.

      c. Counsel for Defendant Anne Brantman, NP is not available May 19, 2021, May 27-28, 2021, June 1-4, 2021, June 11, 2021, June 15-16, 2021, June 21, 2021, June 23, 2022, and June 29-30, 2021.

///
///
///

JOINT MOTION TO CONTINUE MANDATE HEARING   16-CV-1974 BEN LL

6. The parties agree that briefly continuing the Appeal Mandate Hearing would not prejudice the parties.

Respectfully submitted,

MORRIS LAW FIRM, APC

Dated: May 7, 2021

   *s/ Danielle R. Pena*
Danielle R. Pena, Esq.
dpena@morrislawfirmapc.com
Attorneys for Plaintiff Rochelle Nishimoto

Dated: May 7, 2021

LOTZ, DOGGETT & RAWERS, LLP

By: Jeffrey Doggett
Attorneys for Defendant Correctional Physicians Medical Group, Inc.

Dated: May 7, 2021

CARROLL, KELLY, TROTTER & FRANZEN

   *s/ Jennifer Sturges*
By: Jennifer Sturges
Attorneys for Defendant Anne Brantman, NP

Signature Certification:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jeffrey Doggett, Counsel for Defendant Correctional Physicians Medical Group, Inc. and Jennifer Sturges, Counsel for Defendant Anne Brantman and that I have obtained Mr. Doggett and Ms. Sturges's authorization to affix their electronic signature to this document.

Dated: May 7, 2021

   *s/ Danielle R. Pena*
Danielle R. Pena, Esq.