1  Christopher S. Morris, Esq., SBN 163188
   cmorris@morrislawfirmapc.com
2  Danielle R. Pena, Esq., SBN 286002
   dpena@morrislawfirmapc.com
3  MORRIS LAW FIRM, APC
   501 West Broadway, Suite 1480
4  San Diego, CA 92101
   Tel:   (619) 826-8060
5  Fax:   (619) 826-8065

6  Attorneys for Plaintiff Rochelle Nishimoto

7  Jeffrey S. Doggett, SBN 147235
   jdoggett@ldrlaw.com
8  Brian T. Bloodworth, SBN 272664
   bbloodworth@ldrlaw.com
9  LOTZ, DOGGETT & RAWERS, LLP
   101 West Broadway, Suite 1110
10 San Diego, CA 92101
   Tel:   (619) 233-5565
11 Fax:   (619) 233-5564

12 Attorneys for Defendant Correctional Physicians Medical Group, Inc.

13 Mark V. Franzen, SBN 079470
   mvfranzen@cktfmlaw.com
14 N. Ben Cramer, Esq., SBN 261767
   bcramer@cktfmlaw.com
15 CARROLL, KELLY, TROTTER & FRANZEN
   111 West Ocean Boulevard, 14th Floor
16 Post Office Box 22636
   Long Beach, CA 90801-5636
17 Tel:   (562) 432-5855
   Fax:   (562) 432-8785
18
   Attorneys for Defendant Anne Brantman, NP
19

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE NISHIMOTO, individually and as Successor in Interest to JASON NISHIMOTO,<br><br>    Plaintiffs,<br>  v.<br><br>COUNTY OF SAN DIEGO; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 16-cv-1974 BEN LL<br><br>**JOINT PROPOSED SCHEDULING ORDER** |

1

JOINT PROPOSED SCHEDULING ORDER                 16-CV-1974 BEN LL

Plaintiffs and Defendants (collectively "the Parties") through their respective attorneys of record, jointly submit the following proposed scheduling order per the Court's order.

| Deadline | Proposed Date |
|---|---|
| Pretrial Disclosures | February 7, 2022 |
| Meet and Confer Pursuant to Local Rule 16.1.f.4 | February 21, 2022 |
| Deadline to File Motions in Limine | February 21, 2022 |
| Deadline to Plaintiff to Provide Pretrial Conference Order | March 7, 2022 |
| Deadline to File Oppositions to Motions in Limine | March 14, 2022 |
| Deadline to Lodge Pretrial Conference Order | March 21, 2022 |
| Deadline to File Replies to Motions in Limine | March 21, 2022 |
| Deadline to Submit Joint Jury Instructions, Special Verdict Forms, and Proposed Voir Dire Questions | March 21, 2022 |
| Final Pretrial Conference | March 28, 2022 |
| Trial | April 25, 2022 |

The Parties' request for an April trial date is based on Plaintiff's expert availability. Specifically, Mr. McMunn has represented that he is only available the last two weeks of April 2022. Additionally, Defendant Anne Brantman's attorney has retired since this case was reversed on appeal. Mr. Cramer will be representing Defendant Brantman and has requested additional time to review and evaluate the remaining claims and to prepare for trial.

Respectfully submitted,

MORRIS LAW FIRM, APC

Dated: July 14, 2021

*s/ Danielle R. Pena*
Danielle R. Pena, Esq.
dpena@morrislawfirmapc.com
Attorneys for Plaintiff Rochelle Nishimoto

| | | |
|---|---|---|
| Dated: July 14, 2021 | | LOTZ, DOGGETT & RAWERS, LLP |
| | | *s/ Brian Bloodworth* |
| | | By: Jeffrey Doggett |
| | | Brian T. Bloodworth |
| | | Attorneys for Defendant Correctional Physicians Medical Group, Inc. |
| Dated: July 14, 2021 | | CARROLL, KELLY, TROTTER & FRANZEN |
| | | *s/ N. Ben Cramer* |
| | | By: N. Ben Cramer |
| | | Attorneys for Defendant Anne Brantman, NP |

Signature Certification:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Brian Bloodworth, Counsel for Defendant Correctional Physicians Medical Group, Inc. and N. Ben Cramer, Counsel for Defendant Anne Brantman and that I have obtained Mr. Bloodworth and Mr. Cramer's authorization to affix their electronic signature to this document.

Dated: July 14, 2021                                *s/ Danielle R. Pena*
                                                                  Danielle R. Pena, Esq.