UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE NISHIMOTO, individually and as Successor in Interest to JASON NISHIMOTO,<br><br>   Plaintiff,<br><br>v.<br><br>ANNE BRANTMAN and CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.,<br><br>   Defendants. | Case No.:  16-cv-1974-BEN-LL<br><br>**SCHEDULING ORDER REGULATING PRE-TRIAL PROCEEDINGS** |

On April 9, 2021, the United States Court of Appeals for the Ninth Circuit reversed and remanded the district court's grant of summary judgment as to the remaining Defendants Correctional Physicians Medical Group and Nurse Practitioner Anne Brantman. See Nishimoto v. County of San Diego, 850 F. App'x 493, 495 (9th Cir. 2021). On June 30, 2021, the district judge, the Honorable Roger T. Benitez, held an Appeal Mandate Hearing and ordered the parties to submit a modified proposed scheduling order within fourteen (14) days. ECF No. 192. On June 14, 2021, the parties filed a Joint Proposed Scheduling Order. ECF No. 194. Accordingly, **IT IS HEREBY ORDERED**:

1. In jury trial cases before the Judge Benitez, neither party, unless otherwise ordered by the Court, is required to file Memoranda of Contentions of Fact and Law pursuant to Civil Local Rule 16.1(f)(2).

2. On or before **September 13, 2022** the parties shall submit directly to Magistrate Judge Lopez's chambers via email a joint statement regarding their willingness to participate in another settlement conference prior to trial. If applicable, the parties shall propose three mutually available dates. The statement shall not exceed more than one page in length.

3. Counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **February 7, 2022**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

4. Counsel shall meet and take the action required by Civil Local Rule 16.1(f)(4) by **February 23, 2022**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Civil Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Federal Rule of Civil Procedure 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

5. Counsel for Plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). By **March 7, 2022**, Plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with Plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

6. The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures shall be

prepared, served and lodged with the assigned district judge by **March 21, 2022**, and shall be in the form prescribed in and comply with Civil Local Rule 16.1(f)(6).

    7.    The final Pretrial Conference is scheduled on the calendar of the **Honorable Roger T. Benitez** on **March 28, 2022** at **10:30 a.m.**

    8.    The parties must review the chambers' rules for the assigned district judge and magistrate judge.

    9.    A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

    10.    The dates and times set forth herein will not be modified except for good cause shown.

    11.    Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

    **IT IS SO ORDERED**.

Dated: July 16, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge