Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE NISHIMOTO, individually and as Successor in Interest to JASON NISHIMOTO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and DOES 1-100, inclusive,<br><br>Defendants. | **Case No. 16-cv-1974 BEN AHG**<br><br>**PLAINTIFF ROCHELLE NISHIMOTO'S PRETRIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff hereby submits the following Pretrial Disclosures.

**I.    WITNESSES TO BE CALLED AT TRIAL BY PLAINTIFF:**

1) Rochelle Nishimoto;
2) Adrian Nishimoto;
3) Anne Brantman;
4) Kristin Brayman;
5) Colin Dougherty;
6) Vicky Felizardo;
7) Lavinia Fifita;
8) Leah Gache;
9) Randolph Gertzki;
10) Maya Rada-Gragasin;
11) Christing Henkel;
12) Schuyler Hurd;
13) Duane Johnson;
14) Kyle Klein;
15) Andrea Medina;
16) Ethan Miedecke
17) Ruth Salter;
18) Alfred Joshua, M.D.
19) Jeannette Werner
20) S. Gott (Plaintiff Non-Retained Expert)
21) Andrew Morrow (Plaintiff Non-Retained Expert)
22) Bill Gore (Plaintiff Non-Retained Expert)
23) Captain Ingrassia (Plaintiff Non-Retained Expert)
24) Shaunna Tschirley, MHRS (Plaintiff Non-Retained Expert)
25) Gary Kobayasky (Plaintiff Non-Retained Expert)

| | | |
|---|---|---|
| 1 | 26) | Randy Baird (Plaintiff Non-Retained Expert) |
| 2 | 27) | Wayne Higgs, LVN (Plaintiff Non-Retained Expert) |
| 3 | 28) | Michael Kaufman (Plaintiff Non-Retained Expert) |
| 4 | 29) | Pamela Jones, M.D. (Plaintiff Non-Retained Expert) |
| 5 | 30) | Judalon Garnett, RN (Plaintiff Non-Retained Expert) |
| 6 | 31) | Michael J. Cohen (Plaintiff Non-Retained Expert) |
| 7 | 32) | Barbara Lee (Plaintiff Non-Retained Expert) |
| 8 | 33) | Lizzie Womack (Plaintiff Non-Retained Expert) |
| 9 | 34) | Carlos Estalano (Plaintiff Non-Retained Expert) |
| 10 | 35) | Marck S. Cleary (Plaintiff Non-Retained Expert) |
| 11 | 36) | Josie S. Delgado (Plaintiff Non-Retained Expert) |
| 12 | 37) | Veronica Deatrick, NP (Plaintiff Non-Retained Expert) |
| 13 | 38) | Dr. Manish V. Sheth (Plaintiff Non-Retained Expert) |
| 14 | 39) | Phyllis S. Kusznier (Plaintiff Non-Retained Expert) |
| 15 | 40) | Wesley C. Galland (Plaintiff Non-Retained Expert) |
| 16 | 41) | Robert W. Burkhart (Plaintiff Non-Retained Expert) |
| 17 | 42) | Colin Paonessa (Plaintiff Non-Retained Expert) |
| 18 | 43) | Kelly K. Voll (Plaintiff Non-Retained Expert) |
| 19 | 44) | Jacqueline Hamilton (Plaintiff Non-Retained Expert) |
| 20 | 45) | Karen Mackall (Plaintiff Non-Retained Expert) |
| 21 | 46) | Melissa Haefner (Plaintiff Non-Retained Expert) |
| 22 | 47) | Carolyn J. Sidhu (Plaintiff Non-Retained Expert) |
| 23 | 48) | Richard Burruss (Plaintiff Non-Retained Expert) |
| 24 | 49) | Ryan S. Smith (Plaintiff Non-Retained Expert) |
| 25 | 50) | Patricia A. McConaughey (Plaintiff Non-Retained Expert) |
| 26 | 51) | Lynne Cessante (Plaintiff Non-Retained Expert) |
| 27 | 52) | Shalini Garg (Plaintiff Non-Retained Expert) |
| 28 | 53) | Susan Colcol-ines (Plaintiff Non-Retained Expert) |

| | | |
|---|---|---|
| 1 | 54) | Clyde D. Hoops (Plaintiff Non-Retained Expert) |
| 2 | 55) | Dr. Teamrat Adhanom (Plaintiff Non-Retained Expert) |
| 3 | 56) | Pengta A. Chiang (Plaintiff Non-Retained Expert) |
| 4 | 57) | Mark Melden, DO (Plaintiff Non-Retained Expert) |
| 5 | 58) | Dr. Saifullah Nizamani (Plaintiff Non-Retained Expert) |
| 6 | 59) | Edward S. Rotunda (Plaintiff Non-Retained Expert) |
| 7 | 60) | Julie Meagher (Plaintiff Non-Retained Expert) |
| 8 | 61) | Mark Cleary (Plaintiff Non-Retained Expert) |
| 9 | 62) | Mark Wakefield (Plaintiff Non-Retained Expert) |
| 10 | 63) | Daisy Apon (Plaintiff Non-Retained Expert) |
| 11 | 64) | Mary L. Jemison (Plaintiff Non-Retained Expert) |
| 12 | 65) | Mark Brewer (Plaintiff Non-Retained Expert) |
| 13 | 66) | Sonia Maxin (Plaintiff Non-Retained Expert) |
| 14 | 67) | Henrietta Y. Lee (Plaintiff Non-Retained Expert) |
| 15 | 68) | Lynne Cessante (Plaintiff Non-Retained Expert) |
| 16 | 69) | Patricia Pucci (Plaintiff Non-Retained Expert) |
| 17 | 70) | Michelle S. Green (Plaintiff Non-Retained Expert) |
| 18 | 71) | Dennis Ordas (Plaintiff Non-Retained Expert) |
| 19 | 72) | Dr. Mark D. Cannis (Plaintiff Non-Retained Expert) |
| 20 | 73) | Vernoica Deatrick (Plaintiff Non-Retained Expert) |
| 21 | 74) | Jennifer Cullen (Plaintiff Non-Retained Expert) |
| 22 | 75) | Christopher D. Olonan (Plaintiff Non-Retained Expert) |
| 23 | 76) | Tera J. Kavanagh (Plaintiff Non-Retained Expert) |
| 24 | 77) | Felix L. DeGuzman (Plaintiff Non-Retained Expert) |
| 25 | 78) | Ashley Kraska (Plaintiff Non-Retained Expert) |
| 26 | 79) | Israel Hughart (Plaintiff Non-Retained Expert) |
| 27 | 80) | Kimberly D. Dortch (Plaintiff Non-Retained Expert) |
| 28 | 81) | Stoimen S. Evtimov (Plaintiff Non-Retained Expert) |

82) Ebunoluwa W. Johnson (Plaintiff Non-Retained Expert)
83) Alyna Ashcraft (Plaintiff Non-Retained Expert)
84) Veronica Rodriguez (Plaintiff Non-Retained Expert)
85) Dr. Brian G. Pell (Plaintiff Non-Retained Expert)
86) Dr. James V. Chabala (Plaintiff Non-Retained Expert)
87) Carola Hauer (Plaintiff Non-Retained Expert)
88) Kelly Klaus (Plaintiff Non-Retained Expert)
89) Kin P. Shu (Plaintiff Non-Retained Expert)
90) Sonja J. Noordeloos (Plaintiff Non-Retained Expert)
91) Andrea W. Siberell (Plaintiff Non-Retained Expert)
92) Norman Prince (Plaintiff Non-Retained Expert)
93) Anna Marie Weight (Plaintiff Non-Retained Expert)
94) Frank L. Mannix (Plaintiff Non-Retained Expert)
95) Lisa A. Poff (Plaintiff Non-Retained Expert)
96) Lynda L. Klemroth (Plaintiff Non-Retained Expert)
97) Preciosa B. Cammayo (Plaintiff Non-Retained Expert)
98) Sandra T. Morales (Plaintiff Non-Retained Expert)
99) Xiomara Mellor (Plaintiff Non-Retained Expert)
100) Loren H. Pope, Jr. (Plaintiff Non-Retained Expert)
101) Dr. Iloana Barash (Plaintiff Non-Retained Expert)
102) Juan C. Zorrilla (Plaintiff Non-Retained Expert)
103) Scott Moore (Plaintiff Non-Retained Expert)
104) Robert C. Henk (Plaintiff Non-Retained Expert)
105) Vicki Gero (Plaintiff Non-Retained Expert)
106) Doris Torcuato (Plaintiff Non-Retained Expert)
107) Dr. Steven M. Gabriel (Plaintiff Non-Retained Expert)
108) Shadi Haddad (Plaintiff Non-Retained Expert)
109) Robert Hollander (Plaintiff Non-Retained Expert)

110) Sanjay Rao, M.D. (CPMG Non-Retained Expert)
111) Jerry Bobo, M.D. (CPMG Non-Retained Expert)
112) Mary Abiaro (CPMG Non-Retained Expert)
113) Estella Velez (CPMG Non-Retained Expert)
114) Veronica Rodriguez (CPMG Non-Retained Expert)
115) Hevin Yting (CPMG Non-Retained Expert)
116) Juanita Yumol (CPMG Non-Retained Expert)
117) Leonardo Mendoza (CPMG Non-Retained Expert)
118) Phyllis Mallett (Brantman Non-Retained Expert)
119) Iain M. McIntyre, Ph.D. (Brantman Non-Retained Expert)
120) Steven Campman, M.D. (Brantman Non-Retained Expert)
121) Christina DiLoreto, M.D. (Brantman Non-Retained Expert)
122) Holly Viloria, RN, MSN, FNP, PNHNP-BC (CPMG and Brantman's Expert)
123) James E. Rosenberg, M.D. (Brantman's Expert)
124) Mark Kalish, M.D. (CPMG's Expert)
125) Robert Canning;
126) Michael McMunn;
127) Richard Litchen;
128) Rule 60 Witness re Previous Suicides;

**II.   WITNESSES THAT MAY BE CALLED AT TRIAL BY PLAINTIFF**

129) Any witness that must be called for foundation or authentication purposes;
130) Any witness disclosed by any other party in their pretrial disclosures;
131) Any treating medical provider of Heron Moriarty.

///
///
///

### III. WITNESS TESTIMONY EXPECTED TO BE PRESENTED BY DEPOSITION

None at this time.

### IV. EXHIBITS PLAINTIFF EXPECTS TO OFFER AT TRIAL

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1. | | | Suicide Prevention & Enhanced Observation Protocol Policy – MSD S.10 Dated 4/30/15 (Brantman Exhibit 1) |
| 2. | | | Anne Brantman Encounter Note (Brantman Exhibit 2, CSD000119-CSD000121) |
| 3. | | | Citizens' Law Enforcement Review Board Report (Brantman Exhibit 3, CSD002439-CSD002470) |
| 4. | | | Medical Observation Beds Policy – MSD.M.13 Dated 2/28/11 (Brantman Exhibit 4) |
| 5. | | | Anne Brantman Medical Chart Note (Brantman Exhibit 5, CSD000122) |
| 6. | | | Medical Chart Notes (Brantman Exhibit 6, CSD000123-CSD000124) |
| 7. | | | JIMS Training Attendance Form and Evaluation Form Signed by Anne Brantman (Brantman Exhibit 7) |
| 8. | | | Medical Examiner's Investigative Report (Brayman Exhibit 1, CSD000021-CSD000024) |
| 9. | | | San Diego Sheriff's Department Synopsis (Brayman Exhibit 2, CSD000001) |
| 10. | | | San Diego Sheriff's Department Follow Up Report (Brayman Exhibit 3, CSD000010-CSD000018) |

PLAINTIFF'S PRETRIAL DISCLOSURES                    16-cv-1974 BEN AHG

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 11. | | | Officer Report of Kevin McNeeley (Brayman Exhibit 4, CSD000020) |
| 12. | | | Resume of Colin M. Dougherty, MD, FACEP (Dougherty Exhibit 2) |
| 13. | | | Tri-City Medical Center Notes of Colin M. Dougherty, M.D. (Dougherty Exhibit 3) |
| 14. | | | Emergency Services Discharge Instructions (Dougherty Exhibit 4) |
| 15. | | | Tri-City Medical Center Patient Care Services Policy on Discharge of Patients and Discharge Against Medical Advice (Dougherty Exhibit 5) |
| 16. | | | MOB 24 Hour Case Plan (Felizardo Exhibit 2, CSD001863) |
| 17. | | | Cell Information for 9/25/2015 (Felizardo Exhibit 3, CSD001870) |
| 18. | | | Boarders for Medical Observation Beds for 9/25/2015 (Felizardo Exhibit 4, CSD0001868-CSD0001875) |
| 19. | | | Felizardo Exhibit 5 (CSD001851, CSD001864-CSD001866, CSD001879) |
| 20. | | | Felizardo Exhibit 6 (CSD001864-CSD0001867) |
| 21. | | | Schedule from 9/16/2015-1/01/2015 (Felizardo Exhibit 8) |
| 22. | | | Statement of Head Nurse V. Felizardo to the Citizens' Law Enforcement Review Board (Felizardo Exhibit 9) |
| 23. | | | Floor Lists (Felizardo Exhibit 10) |
| 24. | | | Arrest Report (Fifta Exhibit 1, CSD000211-CSD000219) |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 25. | | | Tri-City Medical Center Emergency Services Discharge Instructions (Fifta Exhibit 2, CSD000135-CSD000140) |
| 26. | | | Tri-City Medical Center's ED Report (Fifta Exhibit 3, CSD000161-CSD000164) |
| 27. | | | Medical Intake Questions (Gache Exhibit 1, CSD000102-CSD000112) |
| 28. | | | Medical Chart Notes (Gache Exhibit 4, CSD000118) |
| 29. | | | Intake Receiving/Screening Assessment Policy – MSD.I.3 dated 12/31/14 (Gache Exhibit 8) |
| 30. | | | Segregated Housing Order (Gache Exhibit 10, CSD000181) |
| 31. | | | Medical Chart Notes (Gertzki Exhibit 3, CSD000113-CSD000129) |
| 32. | | | Jail Population Management Unit Training Manual (Gertzki Exhibit 5, CSD002589-CSD002610) |
| 33. | | | Incident Report (Gertzki Exhibit 6, CSD002075-CSD0002083) |
| 34. | | | Probable Cause Declaration for Warrantless Arrest (Gertzki Exhibit 7, CSD000223) |
| 35. | | | Gragasin Exhibit 5 (CSD001854-CSD0001862) |
| 36. | | | Officer Report of James Stathes (Gragasin Exhibit 7, CSD000036) |
| 37. | | | Medical Chart Notes (Gragasin Exhibit 8, CSD000113-CSD000132) |
| 38. | | | Officer Report of Gregory Ward (Gragasin Exhibit 9, CSD000040) |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 39. | | | PERT Contact Log (Henkel Exhibit 1) |
| 40. | | | County of San Diego Mental Health Services Demographic Form (Henkel Exhibit 2) |
| 41. | | | County of San Diego Mental Health Services Initial Screening (Henkel Exhibit 3) |
| 42. | | | CAD Report (Henkel Exhibit 5, CSD001926-CSD001933) |
| 43. | | | Peace Officer Responsibilities in a Custodial Situation (Hurd Exhibit 1) |
| 44. | | | Psychiatric Emergency Response Team (PERT) Policy (Hurd Exhibit 2, CSD000466-CSD000469) |
| 45. | | | Citizens' Law Enforcement Review Board Interview of Deputy Rudolph Gertzki (Hurd Exhibit 3, CSD001934-CSD001948) |
| 46. | | | Revised Pilot Policy Email (Johnson Exhibit 1, SDSO000979) |
| 47. | | | Text Messages Between Duane Johnson and Anne Brantman (Johnson Exhibit 5) |
| 48. | | | Email from Christopher McClean to Alfred Joshua re Death By Suicide Rates with Attachment (Joshua Exhibit 4, CSD008118-CSD008120) |
| 49. | | | Email from Alfred Joshua to Carlos Estolano re Suicide Prevention (Joshua Exhibit 5, CSD001395) |
| 50. | | | Comparison Table (Joshua Exhibit 6) |
| 51. | | | Suicide Prevention Powerpoint (Joshua Exhibit 7, CSD0000753-CSD0000771) |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 52. | | | Email from Barbara Lee to Alfred Joshua re CMO 100 Day Report with Attachment (Joshua Exhibit 8, CSD010260-CSD010262) |
| 53. | | | Toxicology Report (Klein Exhibit 5, CSD000030) |
| 54. | | | Arrest Report of Kyle Klein (Adrian Nishimoto Exhibit 2, CSD000215-CSD000219) |
| 55. | | | Medical Chart with Rochelle Nishimoto's Notes (Rochelle Nishimoto Exhibit 2, CSD000119-CSD000121) |
| 56. | | | Curriculum Vita of Robert D. Canning, Ph.D., CCHP (Canning Exhibit 1) |
| 57. | | | Robert D. Canning, Ph.D., CCHP Invoices (Canning Exhibit 2) |
| 58. | | | Robert D. Canning, Ph.D., CCHP Expert Report (Canning Exhibit 3) |
| 59. | | | Robert D. Canning, Ph.D., CCHP Rebuttal Expert Report (Canning Exhibit 4) |
| 60. | | | Communications Between Robert D. Canning, Ph.D., CCHP and Attorney Danillle Pena (Canning Exhibit 5) |
| 61. | | | Article Written by Robert D. Canning and Joel A. Dvoskin Entitled Preventing Suicide in Detention and Correctional Facilities (Canning Exhibit 6) |
| 62. | | | Curriculum Vita of Michael McMunn, APRN, FNP-BC, CCHP-MH (McMunn Exhibit 1) |
| 63. | | | Fee Schedule of Michael McMunn, APRN, FNP-BC, CCHP, MH (McMunn Exhibit 2) |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 64. | | | Michael McMunn, APRN, FNP-BC, CCHP-MH's Invoices (McMunn Exhibit 3) |
| 65. | | | Michael McMunn, APRN, FNP-BC, CCHP-MH's Handwritten Notes (McMunn Exhibit 4) |
| 66. | | | Michael McMunn, APRN, FNP-BC, CCHP-MH's Expert Report (McMunn Exhibit 5) |
| 67. | | | Curriculum Vitae of Holly M. Viloria, RN, MSN, FNP, PMHNP-BC (Viloria Exhibit 2) |
| 68. | | | Expert Report of Holly M. Viloria, RN, MSN, FNP, PMHNP-BC (Viloria Exhibit 3) |
| 69. | | | Holly M. Viloria, RN, MSN, FNP, PMHNP-BC' List of Records Reviewed (Viloria Exhibit 4) |
| 70. | | | Decision Tree (Viloria Exhibit 5, CSD000242) |
| 71. | | | Synopsis from September 27, 2015 (CSD000001) |
| 72. | | | Tri-City Medical Records (495-497, 529-533) |
| 73. | | | Inmate Classification Policy – R.1 Dated 8/3/11 |
| 74. | | | Medical Chart Note for Ann Brantman (CSD000130) |
| 75. | | | Medical Chart Note of Estella Velez (CSD000131) |
| 76. | | | Medical Chart Note of Leonardo Mendoza (CSD000132) |
| 77. | | | Safety Cell Use Policy – MSD S.1 Dated 4/30/15 |

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 78. | | | Citizens' Law Enforcement Review Board Report of Deputy Johnson |
| 79. | | | Pictures of Medical Isolation Cell – Negative Pressure Room Door (CSD001979, CSD001990, CSD001994-CSD001995, CSD001997) |
| 80. | | | Jail Medical Record Produced by the County of San Diego |

V. **EXHIBITS PLAINTIFF MAY OFFER AT TRIAL**

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 81. | | | Report of Defense Expert Holly M. Viloria, MSN, FNP, PMHNP |
| 82. | | | Report of Defense Expert James E. Rosenberg, M.D. |
| 83. | | | Report of Defense Expert Mark Kalish, M.D. |
| 84. | | | Report of Plaintiff Expert Richard Lichten |
| 85. | | | Report of Plaintiff Expert Michael McMunn |
| 86. | | | Report of Plaintiff Expert Robert Canning |
| 87. | | | Any documents needed for rebuttal or impeachment purposes |
| 88. | | | Any document needed to lay a foundation or authentication for any exhibit |
| 89. | | | Any Exhibit or document identified by any other party |
| 90. | | | Any deposition exhibit not identified herein |

Plaintiff reserves the right to supplement these disclosures based upon Defendants' disclosures and meet and confer discussions regarding the Final Pretrial Conference Order.

Respectfully submitted,

**MORRIS LAW FIRM, APC**

Dated: February 7, 2022

  *s/ Danielle R. Pena*
Danielle R. Pena, Esq.
dpena@morrislawfirmapc.com
Christopher S. Morris, Esq.
cmorris@morrislawfirmapc.com
Attorneys for Plaintiff
ROCHELLE NISHIMOTO, Individually, and as Successor in Interest to JASON NISHIMOTO