| | |
|---|---|
| 1 | LOTZ, DOGGETT & RAWERS, LLP |
| | Jeffrey S. Doggett, Esq. (SBN 147235) |
| 2 | Brian T. Bloodworth, Esq. (SBN 272664) |
| | Lotz, Doggett & Rawers, LLP |
| 3 | 101 West Broadway, Suite 1110 |
| | San Diego, CA 92101 |
| 4 | Tel:   619-233-5565 |
| | jdoggett@ldrlaw.com |
| 5 | bbloodworth@ldrlaw.com |
| 6 | Attorneys for Defendant CORRECTIONAL |
| 7 | PHSYICIANS MEDICAL GROUP, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE NISHIMOTO, individually and as Successor in Interest to JASON NISHIMOTO, | Case No.: 16-cv-1974-BEN-AHG |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| ANNE BRANTMAN and CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC., | |
| Defendants. | |

Plaintiffs recently reached a settlement which will result in the dismissal of the case in its entirety, with prejudice. Once the terms of the settlement agreement have been satisfied and Plaintiffs are in receipt of the settlement funds (which may take several weeks), the Parties will jointly move to dismiss the case with prejudice. Until then, the Parties respectfully request that the remaining scheduling order, including but not limited to the pre-trial order, March 25, 2022 Mandatory Settlement Conference and related dates, and March 28, 2022 Pretrial Conference be vacated and stayed until completion of the settlement terms.

/ / /

Respectfully submitted

Dated: March 15, 2022         LOTZ, DOGGETT & RAWERS, LLP

By: s/ Brian T. Bloodworth
JEFFREY S. DOGGETT, ESQ.
BRIAN T. BLOODWORTH, ESQ.
Attorneys for Defendant CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.

Dated: March 15, 2022         MORRIS LAW FIRM, APC

By: s/ Danielle R. Pena
CHRISTOPHER S. MORRIS, ESQ.
DANIELLE R. PENA, ESQ.
Attorneys for Plaintiff

Dated: March 15, 2022         CARROLL, KELLY, TROTTER & FRANZEN

By: s/ Nicholas R. Schecter
N. BEN CRAMER, ESQ.
NICHOLAS R. SCHECTER, ESQ.
Attorneys for Defendant ANNE BRANTMAN

## **CERTIFICATION**

I, Brian T. Bloodworth, certify that the contents of this joint motion are acceptable to all persons required to sign the document. I have obtained each person's authorization to affix his/her electronic signature to this document.

Dated: March 15, 2022         LOTZ, DOGGETT & RAWERS, LLP

By: s/ Brian T. Bloodworth
JEFFREY S. DOGGETT, ESQ.
BRIAN T. BLOODWORTH, ESQ.
Attorneys for Defendant CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.