UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE NISHIMOTO, individually and as successor in interest to JASON NISHIMOTO,<br><br>Plaintiff,<br><br>v.<br><br>ANNE BRANTMAN, CORRECTIONAL PHYSICIANS MEDICAL GROUP, and DOES 1-100,<br><br>Defendants. | Case No.:   3:16-cv-01974-BEN-AHG<br><br>**ORDER:**<br><br>**(1) VACATING ALL PENDING DATES AND DEADLINES; and**<br><br>**(2) SETTING SETTLEMENT DISPOSITION CONFERENCE** |

On March 15, 2022, the parties filed a Joint Notice of Settlement, informing the Court that they recently reached a settlement that will result in dismissal of this case in its entirety, with prejudice. ECF No. 213.

In light of the settlement, the Court hereby **VACATES** all pending dates and deadlines in this matter, including the Mandatory Settlement Conference scheduled for March 25, 2022, the Final Pretrial Conference scheduled for March 28, 2022, and all related deadlines.

The parties report that it "may take several weeks" to finalize the settlement. Accordingly, to remain apprised of the status of settlement, the Court **SETS** a Settlement Disposition Conference for **May 3, 2022** at **10:00 a.m.** before the Honorable Allison H. Goddard. Counsel for all parties must call the chambers teleconference line at **1-877-873-8018** and use access code **8367902** to join the conference.

If a joint motion to dismiss this action is filed prior to the SDC, the conference will be vacated automatically and without further court order.

**IT IS SO ORDERED.**

Dated:  March 15, 2022

                                                              _____
                                                              Honorable Allison H. Goddard
                                                              United States Magistrate Judge